54 So.2d 616

### Howard NEAL v. STATE.
### 3 Div. 607.

Supreme Court of Alabama.
Oct. 25, 1951.

Si Garrett, Atty. Gen., and Thos. M. Galloway, Asst. Atty. Gen., for the petition.

H. C. Rankin, Brewton, and Frank G. Horne, Atmore, and Tolbert M. Brantley, Monroeville, opposed.

BROWN, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Neal v. State, 54 So.2d 613.

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.